IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LARRY JOE THOMPSON, )<br>)<br>Defendant. ) | Cr. No.: 25-10084-STA<br><br>21 U.S.C. § 841(a)(1) |

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT 1

On or about November 10, 2024, in the Western District of Tennessee, the defendant,

---------------------------------- **LARRY JOE THOMPSON** ----------------------------------

knowingly and intentionally possessed with the intent to distribute methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

DATE: 11/3/25

D. MICHAEL DUNAVANT
United States Attorney
Western District of Tennessee

*Caroline Parish* (signature)

CAROLINE F. PARISH
Assistant United States Attorney
Western District of Tennessee